UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-236-VMC-SPF

GREGORY DAVIS

**SPECIAL VERDICT FOR FORFEITURE**

Having found the defendant Gregory Davis guilty of one or more of the

offenses charged in Counts One through Eight.

We, the Jury, find by a preponderance of evidence that:

**1.     Approximately $237,525.66 in funds from Bank Account number 5211-9694, held in the name of Gregory Davis at Wells Fargo Advisors, Tallahassee, FL.**

    a.     Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count One:

        Yes _____          No _____

    b.     Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Two:

        Yes _____          No _____

    c.     Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Three:

        Yes _____          No _____

d.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Four:

Yes _____        No _____

e.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Five:

Yes _____        No _____

f.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Six:

Yes _____        No _____

g.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Seven:

Yes _____        No _____

h.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Eight:

Yes _____        No _____

**2.    Approximately \$23,150.50 in funds from Bank Account number 7699-8079, held in the name of Gregory Davis at Wells Fargo Advisors, Tallahassee, FL.**

a.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count One:

Yes _____        No _____

b.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Two:

Yes _____      No _____

c.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Three:

Yes _____      No _____

d.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Four:

Yes _____      No _____

e.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Five:

Yes _____      No _____

f.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Six:

Yes _____      No _____

g.    Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Seven:

Yes _____      No _____

      h.     Represents property constituting, or derived from, proceeds obtained, directly or indirectly, from the offense charged in Count Eight:

      Yes _____      No  _____

SO SAY WE ALL:


_____     _____

FOREPERSON          DATE

4