UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-cr-236-VMC-SPF

GREGORY DAVIS

### UNITED STATES' PROPOSED VERDICT FORM

The United States of America hereby requests that the following proposed jury verdict form be given during the Court's charge at the end of the trial of the above-named Defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Tyrie K. Boyer*
Tyrie K. Boyer
Assistant United States Attorney
Florida Bar No.: 0124940
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: tyrie.boyer@usdoj.gov

**U.S. v. DAVIS**                    **Case No. 8:24-cr-236-VMC-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Christopher DeLaughter, Esq.

By:   */s/ Tyrie K. Boyer*
      Tyrie K. Boyer
      Assistant United States Attorney
      Florida Bar No.: 0124940
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:   (813) 274-6000
      Facsimile:    (813) 274-6358
      E-mail: tyrie.boyer@usdoj.gov

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                      CASE NO. 8:24-cr-236-VMC-SPF

GREOGRY DAVIS

## **VERDICT**

### **Count One of the Indictment**

As to the offense of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____ Not Guilty _____

### **Count Two of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____ Not Guilty _____

### **Count Three of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____ Not Guilty _____

**Count Four of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____          Not Guilty _____

**Count Five of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____          Not Guilty _____

**Count Six of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____          Not Guilty _____

**Count Eight of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant GREGORY DAVIS:

Guilty _____          Not Guilty _____


SO SAY WE ALL, this ____ day of _____ 2026.


_____
FOREPERSON

4