UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

                              CASE NO. 8:24-cr-236-VMC-SPF

v.

GREGORY DAVIS

_____/

## DEFENDANT GREGORY DAVIS PROPOSED VOIR DIRE QUESTIONS

Comes now the Defendant, Gregory Davis, and requests that the Court make the following voir dire inquiries:

1.     Have you or anyone close to you ever been involved in an investment that didn't go as planned, and how did that experience affect your view of the financial industry?

2.     This is a complex case involving significant financial records and bank statements, do you believe that you are capable of critically analyzing this evidence and paying attention to the details involved?

3.     Does anyone believe that when an investment fails and people lose money, it must be due to criminal intent of bankers or investors?

4.     The Government has the obligation to prove every element of a crime beyond a reasonable doubt. If you believe that the financial loss in this case was not the result of a criminal intent, would you have a problem finding the defendants not guilty?

Respectfully submitted this 12th day of June, 2026.

*/s Christopher DeLaughter*
CHRISTOPHER DELAUGHTER ESQUIRE


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2026 a true

and correct copy of the foregoing was provided via CMECF to all counsel of record.

*/s Christopher DeLaughter*
CHRISTOPHER DELAUGHTER ESQUIRE
506 N. Armenia Ave
Tampa, FL 33609
813 467 9714
attorneydelaughter@gmail.com
FBN 0039629