UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                    CASE NO. 8:24-cr-236-VMC-SPF

GREGORY DAVIS

## VERDICT

### Count One of the Indictment

As to the offense of conspiracy to commit wire fraud, in violation of 18 U.S.C.

§ 1349,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty \_\_\_\_\_X_____            Not Guilty _____

### Count Two of the Indictment

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty \_\_\_\_X_____            Not Guilty _____

### Count Three of the Indictment

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty \_\_\_\_X_____            Not Guilty _____

**Count Four of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____X_____        Not Guilty _____

**Count Five of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____X_____        Not Guilty _____

**Count Six of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, GREGORY DAVIS:

Guilty _____X_____        Not Guilty _____

**Count Eight of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant GREGORY DAVIS:

Guilty _____X_____        Not Guilty _____

SO SAY WE ALL, this 25 day of June 2026.

_____
FOREPERSON