UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:24-cr-236-VMC-SPF

v.

GREGORY DAVIS
______________________________/

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the above listed Defendant hereby appeals to the Eleventh Circuit Court of Appeals the final judgment and sentence entered in this case on October 8, 2026.

Respectfully submitted this 8th day of October, 2026.

*/s Christopher DeLaughter*
CHRISTOPHER DELAUGHTER ESQUIRE
506 N. Armenia Ave
Tampa, FL 33609
813 467 9714
attorneydelaughter@gmail.com
FBN 0039629

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2026 a true and correct copy of the foregoing was provided via CMECF to all counsel of record.

*/s Christopher DeLaughter*
CHRISTOPHER DELAUGHTER ESQUIRE